IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:17cr6 DCB-FKB

ROBERT BURSE   18 U.S.C. § 922(g)(1)

**The Grand Jury charges:**

That on or about October 22, 2015, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **ROBERT BURSE**, having been convicted previously of a felony, that is a crime which is punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce a firearm and ammunition, to wit: one (1) Glock .40 caliber pistol, serial number WUL487, and nine (9) rounds of S&W .40 caliber ammunition, in violation of Sections 922(g)(1) and 924(a)(2), Title 18, United States Code.

NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of the offense alleged in this Indictment:

One (1) Glock, Model: .40 caliber pistol, serial number WUL487; and

Nine (9) rounds of .40 caliber S&W ammunition

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or

deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 924(d)(1), Title 18, United States Code and Section 2461(c), Title 28, United States Code.

*[signature]*
GREGORY DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the ___25th___ day of January, 2017.

*[signature]*
UNITED STATES MAGISTRATE JUDGE